**FILED & ENTERED**

AUG 29 2025

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY** bolte **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>AB Capital, LLC, a California limited liability company,<br><br>　　　　　　　　　　　　Debtor(s). | CHAPTER 7<br><br>Case No.:　8:22-bk-11585-SC<br>Adv No:　8:22-ap-01091-SC<br><br>**ORDER (1) VACATING EXISTING SCHEDULING ORDER [DK. 384], (2) VACATING SEPTEMBER 2, 2025 STATUS CONFERENCE, AND (3) CONVERTING DECEMBER 4, 2025 PRE-TRIAL CONFERENCE TO A STATUS CONFERENCE**<br><br>Date:　　　　September 2, 2025<br>Time:　　　　1:30 p.m.<br>Courtroom:　　5C |
| Richard A. Marshack, Chapter 7 Trustee,<br><br>　　　　　　　　　　　　Plaintiff(s),<br>　　v.<br><br>1034 W BALBOA, LLC,  108 AVENIDA SERRA, LLC,  31831 SUNSET LLC,  AB CAPITAL FUND A, LLC,  AB CAPITAL FUND B, LLC,  AB CAPITAL HOLDINGS I, LLC,  AB CAPITAL LFD, INC.,  ABC 2260 SAN YSIDRO LLC,  BDP DEVELOPMENT PARTNERS, LLC, CAL-PAC DISTRESSED REAL ESTATE FUND I, LLC,  CALPAC MANAGEMENT, INC.,  CALPAC MORTGAGE FUND, LLC, | |

-1-

LIVING ART WORKS LLC, LUNA CONSTRUCTION MANAGEMENT, LLC, Joshua R. Pukini, individually and as trustee of The Joshua R. Pukini Trust dated June 27, 2013, TABLEROCK ENTERPRISES, LLC, Edmund Valasquez, Jr., Ryan Young, individually and as trustee of The Young Family Trust dated August 24, 2014, The Ryan J. Young Trust and The Young Ryan Trust,

Defendant(s).

In light of the *Joint Status Report* filed on August 19, 2025 [Dk. 384], and upon further review all other relevant pleadings, the Court finds good cause to order the following:

1. The existing *Status Conference and Scheduling Order Pursuant to LBR 7016-1(a)(4)* filed March 31, 2025 [Dk. 355] is VACATED.
2. The status conference on September 2, 2025 at 1:30 p.m. is VACATED.
3. The pre-trial conference set for December 4, 2025 at 10:00 a.m. will be converted into a status conference, with a joint status report due 14 days in advance. New deadlines will be set at the December 4, 2025 status conference; however, the parties should be mindful of the passage of time and should be conducting discovery accordingly.
4. No continuances of any kind shall be permitted absent a fulsome and concrete demonstration of good cause.

**IT IS SO ORDERED.**

Date: August 29, 2025

Scott C. Clarkson
United States Bankruptcy Judge

-2-